**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:17-cv-23677-UU

DAYLOR YANEZ,

    Plaintiff,

v.

FERNANDEZ & FERNANDEZ
INSURANCE, INC., *et al.*,

    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court upon the Parties' Joint Motion to Approve FLSA Settlement and to Dismiss the Case with Prejudice (the "Motion"). D.E. 62.

THE COURT has considered the Motion and the pertinent portions of the record, the terms of the settlement agreement, and is otherwise fully advised in the premises. The Court finds that the settlement is a fair and reasonable arm's-length agreement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Accordingly, it is hereby

ORDERED AND ADJUDGED that the Parties' Joint Motion to Approve FLSA Settlement and to Dismiss the Case with Prejudice, D.E. 62 is GRANTED. The Court will retain jurisdiction to enforce the settlement agreement until **May 17, 2018**. However, the Court will not enforce the confidentiality provision. It is further

ORDERED AND ADJUDGED that all pending claims are DISMISSED WITH PREJUDICE. The case remains closed.

DONE AND ORDERED in Chambers at Miami, Florida, this _17th_ day of April, 2018.

*[signature]*

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf