UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:17-cv-23677-UU

DAYLOR YANES,

    Plaintiff,

v.

FERNANDEZ & FERNANDEZ INSURANCE INC., *et al.*,

    Defendant.

_____/

## ORDER DISMISSING CASE

THIS CAUSE comes before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On March 15, 2018, in its Notice of Court Practice Upon Settlement, the Court ordered the Parties to file all settlement documents by April 14, 2018, and noted that failure to file the documents by such date would result in dismissal. D.E. 60. As of April 16, 2018, no such documents have been filed with the Court. Accordingly, it is

ORDERED AND ADJUDGED that the case is DISMISSED WITH PREJUDICE. The case remains closed.

DONE AND ORDERED in Chambers at Miami, Florida, this _17th_ day of April, 2018.

*[signature]*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf